**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3100**

---

CURTIS HOLT, JR.,

Plaintiff - Appellant,

versus

MOHAMMED KALIMI, in his official and individual capacity; JAMES POLAND, in his official and individual capacity; LINDA COREY, in her official and individual capacity; MARGARET BIBER, in her official and individual capacity; WILLIAM DEWEY, in his official capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-95-355)

---

Submitted: May 16, 1996

Decided: May 28, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Curtis Holt, Jr., Appellant Pro Se. David Lee Ross, Jean Freeman Reed, VIRGINIA COMMONWEALTH UNIVERSITY, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Holt v. Kalimi, No. CA-95-355 (E.D. Va. Nov. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2